FILED
CLERK, U.S. DISTRICT COURT
MAR - 6 2012
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

1
2
3
4
5
6                    **UNITED STATES DISTRICT COURT**
7                   **CENTRAL DISTRICT OF CALIFORNIA**
8
9  UNITED STATES OF AMERICA,         )
10                      Plaintiff,   ) CASE NO. 12-551
11           v.                      )
12                                   ) ORDER OF DETENTION
13  Rogelio Sotoro-Najara             ) [Fed. R. Crim. P. 32.1(a)(6);
                                     )  18 U.S.C. § 3143 (a)]
14                      Defendant.   )
15
16                                 I.
17       The defendant having been arrested in this District pursuant to a warrant
18  issued by the United States District Court for the S.D. Tex
19   for alleged violation(s) of the terms and conditions of his/her [~~probation~~]
20  [supervised release]; and
21       The Court having conducted a detention hearing pursuant to Federal Rule
22  of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),
23       The Court finds that:
24  A.   (X)  The defendant has not met his/her burden of establishing by clear and
25            convincing evidence that he/she is not likely to flee if released under
26            18 U.S.C. § 3142(b) or (c). This finding is based on _____
27            _____ Nature of instant charges _____
28            _____

and/or

B. [X] The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _PRIOR CRIM RECORD_

IT IS THEREFORE ORDERED that the defendant be detained pending further revocation proceedings.

Dated: 3/6/12

MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE